UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GIBSON BRATTS,                                              :
                            Plaintiff,                      :
                                                            :   25 Civ. 6950 (LGS)
            -against-                                       :
                                                            :   **ORDER**
MTA METRO-NORTH RAILROAD,                                   :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated August 26, 2025, scheduled an initial conference for October 14, 2025;

WHEREAS, an Order dated October 2, 2025, referred this case for mediation under Local Civil Rule 83.9.  It is hereby

**ORDERED** that the October 14, 2025 conference is **CANCELLED**.  The parties shall file a joint letter **every 45 days**, beginning from the date of this Order, on the status of mediation.

Dated: October 3, 2025
       New York, New York

                                                    _____
                                                         LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE