UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

GIBSON BRATTS,                      :

                          Plaintiff,  :

                                 :          25 Civ. 6950 (LGS)

            -against-           :

                                 :

MTA METRO-NORTH RAILROAD,    :          **ORDER**

                    Defendant.  :

                                 :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order entered October 3, 2025, directed the parties to file periodic joint status letters regarding the status of mediation.

      WHEREAS, the last such letter was filed December 16, 2025.  A mediation conference is currently scheduled for February 25, 2026.  It is hereby

      **ORDERED** that, by **March 4, 2026**, the parties shall file a joint letter regarding the status of mediation.

Dated: February 18, 2026
      New York, New York

                                   **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**