**STEVEN L. BARKAN P.C.**
*Attorneys at Law*
*445 Broad Hollow Road. Suite 25*
*Melville, New York 11747*
*(516)358-3688*
*Fax (631) 881-0818*

October 15, 2026

Application **GRANTED**. The pre-motion conference scheduled for November 10, 2026, is **ADJOURNED** to **January 12, 2027, at 3:15 P.M.**

Dated: October 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
United States District Judge
United States District Court of New York
500 Pearl Street
New York, NY 10007

Re: Gibson Bratts v. MTA Metro-North Railroad
Docket No.: 25-6950 (LES) (KHP)

Dear Judge Schofield:

We represent the plaintiff in the above caption matter and am writing on behalf of both parties to provide the court with a joint status letter and a request to adjourn the in person, pre-motion practice conference scheduled for November 10 to a date after the in person settlement conference if this matter is not resolved at that time.

A preliminary conference was held by Magistrate Judge Parker on October 5, 2026 at which time there was a discussion of the issues and where the parties were with regard to settlement based upon their discussions. Thereafter, Judge Parker scheduled a settlement conference at the courthouse for December 16th in which all parties must attend. In as much as there is likelihood of resolving this matter at that time, we request that the pre-motion conference scheduled for November 10 be adjourned until after the December 16 settlement conference if this matter is not settled.

This is the first request for an extension of time of the pre-motion conference.

Respectfully Submitted:

STEVEN L. BARKAN P.C.

Steven L. Barkan

Cc: Alan Muraidekh, Esq. By ECF